# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-04548 JAK (VBKx) | Date | August 3, 2011 |
|---|---|---|---|
| Title | Chris Kohler v. Rite Aid Corporation, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL

On August 2, 2011, plaintiff filed "Notice of Settlement" [9]. The Court sets an Order to Show Cause re Dismissal for September 19, 2011 at 10:30 a.m. If the parties file a dismissal by September 15, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Scheduling Conference set for September 26, 2011 is vacated.

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ak | |